**Philip BUCHANAN, Plaintiff/Appellant,**

v.

**Suzanne MITCHELL, Defendant/Respondent.**

No. 66913.

Missouri Court of Appeals, Eastern District, Division One.

May 2, 1995.

W. Bevis Schock, St. Louis, for appellant.

Charles W. Armbruster, III, Carlson, Wendler & Sanderson, P.C., Edwardsville, IL, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals from the circuit court's order apportioning costs in a partition suit. We affirm. The circuit court's order is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).